United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

WILSON TAMUZI IZAMBA, §
§
Petitioner, §
§
VS. § CIVIL ACTION NO. 6:26-CV-00013
§
KRISTI NOEM, *et al.*, §
§
Respondents. §

## ORDER STRIKING DOCUMENT

Before the Court is Attorney Joanna Keefe's Motion to Appear Pro Hac Vice.

(D.E. 2).  However, the motion is not signed by the attorney seeking admission.

Therefore, the motion (D.E. 2) is **HEREBY STRIKEN** from the record.  Attorney Keefe

may refile the motion in compliance with the rules.

ORDERED on February 27, 2026.

Julie K. Hampton
United States Magistrate Judge

1 / 1